| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JOSEPH A. FAZIOLI (ILSBN 6273413)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5061 |
| 7 | Facsimile: (408) 535-5081<br>E-mail: joseph.fazioli@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE EXTRADITION OF JESUS AGUIRRE ALVARADO | ) ) ) ) ) ) ) | No. XR 08-90127 RMW (RS)<br><br>BE-RIBBONED CERTIFICATION OF EDWARD J. MCKEON ATTACHING FORMAL EXTRADITION REQUEST |

MANUAL FILING NOTIFICATION

Regarding:  <u>BE-RIBBONED CERTIFICATION OF EDWARD J. MCKEON ATTACHING FORMAL EXTRADITION REQUEST</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

//

DECLARATION OF GREGORY B. WIERZYNSKI
XR 08-90127-RMW

1  _X_ Voluminous Document (PDF file size larger than efiling system allowances)

2  _X_ Unable to Scan Documents

3  _X_ Physical Object ( description): <u>Portions of original document encased in ribbon.</u>

4  _____

5  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

6  ___ Item Under Seal

7  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

8  ___ Other (description): _____

9  _____

11  Date:   August 6, 2008                         Respectfully submitted,

12                                                  JOSEPH P. RUSSONIELLO
                                                    United States Attorney

14                                                  _____/s/_____
                                                    JOSEPH A. FAZIOLI
15                                                  Assistant United States Attorney

DECLARATION OF GREGORY B. WIERZYNSKI
XR 08-90127-RMW