1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5081
       E-mail: joseph.fazioli@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    SAN JOSE DIVISION
13

14 IN THE MATTER OF THE            )   No. XR 08-90127 RMW (RS)
   EXTRADITION OF JESUS AGUIRRE    )
15 ALVARADO                        )   DECLARATION OF GREGORY B.
                                   )   WIERZYNSKI WITH ATTACHMENTS
16                                 )
                                   )
17 _____ )

18              MANUAL FILING NOTIFICATION

19 Regarding:    DECLARATION OF GREGORY B. WIERZYNSKI WITH ATTACHMENTS.

20
21 This filing is in paper or physical form only, and is being maintained in the case file in the
22 Clerk's office.
23 If you are a participant on this case, this filing will be served in hard-copy shortly.
24 For information on retrieving this filing directly from the court, please see the court's main web
25 site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
26
27 This filing was not efiled for the following reason(s):
28

DECLARATION OF GREGORY B. WIERZYNSKI
XR 08-90127-RMW

1   ___ Voluminous Document (PDF file size larger than efiling system allowances)
2   _X_ Unable to Scan Documents
3   _X_ Physical Object ( description): <u>Portions of original document encased in ribbon.</u>
4   _____
5   ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
6   ___ Item Under Seal
7   ___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
8   ___ Other (description): _____
9   _____

Date:   August 6, 2008                         Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                               _____/s/_____
                                               JOSEPH A. FAZIOLI
                                               Assistant United States Attorney

DECLARATION OF GREGORY B. WIERZYNSKI
XR 08-90127-RMW